**Thomas F. Armosino, OSB #911954**
Email: Armosino@fdfirm.com
FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.
2592 East Barnett Road
Medford, OR  97504
Phone: (541) 772-2333
Fax: (541) 779-6379
  Of Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| AMANDA BECKER-HENSKE,<br><br>                Plaintiff,<br><br>   v.<br><br>BRIAN K. BRAGG; and CITY OF SPRINGFIELD,<br><br>                Defendants. | Case No.:  6:23-cv-00915-MC<br><br>**JUDGMENT OF DISMISSAL** |

Based on the stipulation of the parties (ECF 28), and the Court being fully advised, IT IS HEREBY ORDERED AND ADJUDGED that this matter is dismissed with prejudice and without costs or attorney fees to any party.

IT IS SO ORDERED.


Dated this  31st  day of    July      , 2025.


                                                         __s/Michael J. McShane_____
                                                         MICHAEL J. McSHANE
                                                         UNITED STATES DISTRICT COURT


Respectfully Submitted by
Thomas F. Armosino OSB #911954


Page 1 –  **JUDGMENT OF DISMISSAL**

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **JUDGMENT OF DISMISSAL** upon:

    Marianne Dugan
    Email: mdugan@cldc.org
    Lauren C. Regan
    Email: lregan@cldc.org
    Civil Liberties Defense Center
    1711 Willamette Street, Ste. 301 #359
    Eugene, OR 97401

By automatic electronic transmission via the Court's Case Management/Electronic Case Files system.

    DATED this 24th day of July 2025.

                                             FROHNMAYER, DEATHERAGE, JAMIESON,
                                             MOORE, ARMOSINO & McGOVERN, P.C.

                                             *s/ Thomas F. Armosino*
                                             Thomas F. Armosino, OSB #911954
                                             Armosino@fdfirm.com
                                             Of Attorneys for Defendants